# DEFENDANT LOCATOR FORM

(Staple behind the Magistrate Information Sheet in front of Criminal History Information)

Name of Defendant: __JOHN TIMOTHY EARNEST___ DOB: ____06/08/1999

Date of Arrest: ___May 4, 2019_____   Time of Arrest: _____

Arresting Agent/Agency: _____ Cell phone no.: _____

## MCC Information

Reservation no.: _____   or Window time: _____

Date of Booking: _____   USMS Register Booking no.: _____

## Other Booking Facility Information
(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____ Arrival date: _____ Temporary stay: YES or NO

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance:_____ Time: _____

Reason for Hospitalization: _____

_____

Expected Date of Discharge (Approx. if known): _____

(Revised 01/2016)