```
 1  Robert S. Brewer, Jr.
    United States Attorney
 2  JOHN N. PARMLEY
    Assistant United States Attorney
 3  California State Bar No. 178885
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-7957
    Email: John.Parmley@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19MJ1900-KSC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JOHN TIMOTHY EARNEST, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name

    None.

Please feel free to call me if you have any questions about this notice.

DATED: May 9, 2019.

                      Respectfully submitted,

                      Robert S. Brewer, Jr.
                      United States Attorney

                      *s/ JOHN N. PARMLEY*
                      JOHN N. PARMLEY
                      Assistant U.S. Attorney
                      Attorneys for Plaintiff
                      United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN TIMOTHY EARNEST,<br><br>    Defendant. | Case No.: 19MJ1900-KSC<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

Dated: May 9, 2019.

                                     Robert S. Brewer, Jr.
                                     United States Attorney

                                     *s/ JOHN N. PARMLEY*
                                     JOHN N. PARMLEY
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff
                                     United States of America