```
 1  ROBERT S. BREWER, JR.
    United States Attorney
 2  PETER G. KO
    Assistant U.S. Attorney
 3  California Bar No. 191994
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101
 5  Tel: (619) 546-7359
    Fax: (619) 546-0831
 6  Email: Peter.Ko2@usdoj.gov
 7  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19mj1900-KSC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOHN TIMOTHY EARNEST, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

John N Parmley, Caroline Pineda Han, Rosanna E. Gibson and Shane P Harrigan.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: May 9, 2019

                              Respectfully submitted,

                              ROBERT S. BREWER, JR.
                              United States Attorney

                              s/Peter G. Ko
                              PETER G. KO
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>JOHN TIMOTHY EARNEST,<br>      Defendant. | Case No.: 19mj1900-KSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

Dated: May 9, 2019

                    *s/Peter G. Ko*
                    PETER G. KO
                    Assistant U.S. Attorney